EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 141 |
| | |
| Jennifer Maria Irizarry Rodríguez | 200 DPR ____ |

Número del Caso: TS-20,585

Fecha:  31 de julio de 2018

Abogado del peticionario:

        Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Jennifer Marie Irizarry Rodríguez

TS-20,585

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2018.

Luego de examinar la *Moción Solicitando Cambio de Estatus a Abogado Activo en el Registro Único de Abogados y Abogadas* presentada por la Lcda. Jennifer Marie Irizarry Rodríguez, se declara con lugar la solicitud.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo